UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21348-CIV-ZLOCH

H & R PRODUCE DISTRIBUTORS, INC.,

    Plaintiff,

and

C.H. ROBINSON COMPANY,

    Intervenor Plaintiff,

vs.

V & L CUSTOM CUT PRODUCE, INC.,
et al.

    Defendants.
_____/

**ORDER ENTERING DEFAULT AS TO DEFENDANTS V&L CUSTOM CUT PRODUCE, INC. AND GUILLERMO VILLASIN**

THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire Court file and is otherwise fully advised in the premises.

The Court notes that on or about May 7, 2008, Plaintiff H & R Produce Distributors, Inc. served the Defendant V & L Custom Cut Produce, Inc. with a copy of the Summons, the Complaint, and the Motion For Preliminary Injunction filed herein and that said Defendant has failed to file the appropriate Motion or responsive pleading within the time prescribed by law. The Court further notes that on or about August 12, 2008, Intervenor Plaintiff C.H. Robinson Company served the Defendants V & L Custom Cut Produce, Inc. and Guillermo Villasin with a copy of the Summons and the Intervenor Complaint filed herein and that said Defendants have

failed to file the appropriate Motion or responsive pleading within the time prescribed by law.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Rule 55 Default be and the same is hereby entered against Defendants V & L Custom Cut Produce, Inc. and Guillermo Villasin.  Default Final Judgment shall be entered by separate Order of the Court; and

2. By noon on Wednesday, September 10, 2008, Plaintiff H & R Produce Distributors, Inc. and Intervenor Plaintiff C.H. Robinson Company  shall submit a Motion For Final Judgment By Default, with supporting Affidavits and Exhibits, together with a proposed Default Final Judgment as to Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this     4th      day of September, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

2